AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

JUN 1 2 2025

Nathan Ochsner, Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
| **Josafat AMBRIZ RUEDA** | ) Case No. C-25-293m |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 11, 2025** in the county of **Live Oak** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near George West, Texas the said Defendant having not obtained the consent of the Attorney General of the United States or of the Secretary of the Department of Homeland Security for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about June 11, 2025, Texas Department of Public Safety Trooper encountered Josafat AMBRIZ-Rueda during a minor vehicle accident hidden in a box truck near George West, Texas. The Trooper contacted Freer Border Patrol Station for assistance. After a brief interview, Agents determined that, AMBRIZ was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that AMBRIZ was previously removed from the United States on April 19, 2007, via Laredo, Texas. Ambriz stated he last entered the United Stated illegally on or about June 7, 2025, through Hidalgo, Texas. There is no evidence to indicate AMBRIZ has applied for re-admission into the United States from any lawful authority.

☐ Continued on the attached sheet.

*Complainant's signature*

Manuel Lozano, Border Patrol Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

Date: June 12, 2025

*Judge's signature*

City and state: Corpus Christi, Texas

Jason B. Libby, U.S. Magistrate Judge
*Printed name and title*